THE STATE OF WASHINGTON, *Respondent,* v. GAIL WHITE REYES *et al., Appellants.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 42434, Robert A. Jacques, J., entered October 11, 1972. *Affirmed* by unpublished per curiam opinion.